**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 24-00216-03 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JADA BENTIVOLIO (03) | MAGISTRATE JUDGE AYO |

**JUDGMENT**

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Jada Bentivolio, is **ACCEPTED** and he is fully adjudged guilty of the offenses charged in Count 1 of the bill of information, consistent with the report and recommendation.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 24th day of April, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE